# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136384 & (18)

THEODORE G. COURTER, JULIE M.
COURTER, Individually and as Next Friend
of AUDRY HYNDMAN, AMBER COURTER,
MONICA COURTER and TANER CORTER,
    Plaintiffs-Appellees,

v

DAIMLERCHRYSLER CORPORATION,
DAVID H. GELONECK and PETER R. THOM
AND ASSOCIATES, Inc.,
    Defendants,
and

PROGRESSIVE INSURANCE COMPANY,
    Defendant-Appellant.
_____

SC    136384
CoA   281215
Genesee CC 07-85575-NP

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2008

_____
Clerk